**JS-6**

FILED
CLERK, U.S. DISTRICT COURT
February 22, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jesus Aparicio**<br>　　　　Plaintiff(s),<br><br>　　v.<br><br>**Gamiz Enterprises, et al.**<br><br>　　　　Defendant(s). | NO. **CV 17-06032-SJO (Asx)**<br><br>**ORDER OF DISMISSAL**<br>**BY LACK OF PROSECUTION** |

On February 5, 2018, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution regarding the filing of a motion for entry of default judgment. The Court advised plaintiff that it will consider the Plaintiff's filing of a motion for entry of default judgment as an appropriate response to this Order to Show Cause, on or before February 20, 2018. Plaintiff having not responded to the Order to Show Cause,

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: February 22, 2018.

　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE